UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ILLINOIS STATE PAINTERS WELFARE FUND and PAINTERS DISTRICT COUNCIL #58 FRINGE BENEFIT FUND,<br><br>Plaintiffs,<br><br>v.<br><br>MICHAEL CLARK and ROBERT MOORE d/b/a/ C&M DRYWALL & PAINTING and C&M DRYWALL & PAINTING, INC.,<br><br>Defendants. | Case No. 06-cv-669-JPG |

## MEMORANDUM AND ORDER

This matter comes before the Court on the Stipulated Judgment Order (Doc. 50) filed by Plaintiffs and signed by all parties who have appeared in this case. The Court construes this document as a Stipulation of Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Rule 41(a)(1)(A)(ii) allows dismissal by a plaintiff without a court order by filing such a stipulation. Therefore, the Court finds that this action is **DISMISSED with prejudice** and **DIRECTS** the Clerk of Court to enter judgment accordingly.

**IT IS SO ORDERED.**
**DATED: December 2, 2008**

                                                s/ J. Phil Gilbert
                                                **J. PHIL GILBERT**
                                                **DISTRICT JUDGE**