UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ILLINOIS STATE PAINTERS WELFARE FUND and PAINTERS DISTRICT COUNCIL #58 FRINGE BENEFIT FUND,<br><br>Plaintiffs,<br><br>v.<br><br>MICHAEL CLARK and ROBERT MOORE d/b/a/ C&M DRYWALL & PAINTING and C&M DRYWALL & PAINTING, INC.,<br><br>Defendants. | Case No. 06-cv-669-JPG |

## **JUDGMENT**

This matter having come before the Court, and all parties having stipulated to dismissal with prejudice,

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice.

**NORBERT JAWORSKI, CLERK**

Dated: December 2, 2008          Brenda K. Lowe, Deputy Clerk


Approved:    s/ J. Phil Gilbert
             **J. PHIL GILBERT**
             **DISTRICT JUDGE**