UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ILLINOIS STATE PAINTERS WELFARE FUND and PAINTERS DISTRICT COUNCIL #58 FRINGE BENEFIT FUND, <br><br> Plaintiffs, <br><br> v. <br><br> MICHAEL CLARK and ROBERT MOORE d/b/a/ C&M DRYWALL & PAINTING and C&M DRYWALL & PAINTING, INC., <br><br> Defendants. | Case No. 06-cv-669-JPG |

## MEMORANDUM AND ORDER

This matter comes before the Court on the Motion to Vacate Judgment filed by Plaintiffs (Doc. 54) brought pursuant to Federal Rule of Civil Procedure 59(e). In entering its order dismissing the case and the attendant judgment, the Court erroneously believed that attorney David M. Duree had stipulated to dismissal on behalf off all Defendants. In fact, communications between Mr. Duree and Defendant Michael Clark had broken down. Mr Duree had moved the Court to allow him to withdraw as Mr. Clark's attorney. Mr. Duree had not purported to stipulate to dismissal on behalf of Mr. Clark, even though the Court had not ruled on the motion to withdraw when it received the stipulation.

For the forgoing reasons, the Court finds that the Order dismissing the case pursuant to a stipulation signed by all parties who had appeared was entered in error, as was the attendant judgment. Accordingly, the Court **VACATES** the Order (Doc. 52) and the Judgment (Doc. 53). The Court **GRANTS** attorney David Duree's Motion to Withdraw as attorney for Defendant Michael Clark (Doc. 49). The Court notes for the record, that this Order returns all parties to the *status quo ante*; at this time no parties have been dismissed from this action.

**IT IS SO ORDERED.**
**DATED: December 15, 2008**

s/ J. Phil Gilbert
**J. PHIL GILBERT**
**DISTRICT JUDGE**