IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ILLINOIS STATE PAINTERS WELFARE FUND and PAINTERS DISTRICT COUNCIL #58 FRINGE BENEFIT FUNDS,<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>MICHAEL CLARK, ROBERT MOORE, and C&M DRYWALL & PAINTING, INC.,<br><br>　　　　Defendants. | Case No. 06-cv-669-JPG |

## MEMORANDUM AND ORDER

This matter comes before the Court on defendants' motion to modify and re-enter judgment (Doc. 57) which the Court construes as a motion to dismiss defendants Robert Moore and C&M Drywall & Painting, Inc., pursuant to Federal Rule of Civil Procedure 41(a)(2).  The Court **GRANTS** the motion (Doc. 57).  Defendants Robert Moore and C&M Drywall & Painting are hereby dismissed.  Defendant Michael Clark is the only remaining defendant in this case.

**IT IS SO ORDERED.**

**DATED:** September 14, 2012

　　　　　　　　　　　　　　　　　　　　　　　　　　　s/ J. Phil Gilbert
　　　　　　　　　　　　　　　　　　　　　　　　　　　**J. PHIL GILBERT**
　　　　　　　　　　　　　　　　　　　　　　　　　　　**DISTRICT JUDGE**