IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

ILLINOIS STATE PAINTERS WELFARE
FUND and PAINTERS DISTRICT COUNCIL
#58 FRINGE BENEFIT FUNDS,

       Plaintiffs,

   vs.                                   Case No. 06-cv-669-JPG

MICHAEL CLARK, ROBERT MOORE, and
C&M DRYWALL & PAINTING, INC.,

       Defendants.

## MEMORANDUM AND ORDER

This matter comes before the Court on defendants' motion to modify and re-enter judgment (Doc. 57) which the Court construes as a motion to dismiss defendants Robert Moore and C&M Drywall & Painting, Inc., pursuant to Federal Rule of Civil Procedure 41(a)(2).  The Court **GRANTS** the motion (Doc. 57).  Defendants Robert Moore and C&M Drywall & Painting are hereby dismissed.  Defendant Michael Clark is the only remaining defendant in this case.

**IT IS SO ORDERED.**

**DATED:** September 14, 2012

s/ J. Phil Gilbert
**J. PHIL GILBERT**
**DISTRICT JUDGE**