IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ILLINOIS STATE PAINTERS WELFARE FUND and PAINTERS DISTRICT COUNCIL #58 FRINGE BENEFIT FUNDS,<br><br>    Plaintiffs,<br><br>    vs.<br><br>MICHAEL CLARK, ROBERT MOORE, and C&M DRYWALL & PAINTING, INC.,<br><br>    Defendants. | Case No. 06-cv-669-JPG |

## JUDGMENT

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that judgment is entered in favor of plaintiffs Illinois State Painters Welfare Fund and Painters District Council #58 Fringe Benefit Funds and against defendant Michael Clark for a total sum of $15,000.00 as follows:

    Payroll audit liability covering the period of March 25, 2004, through December 31, 2005, audit costs, attorney's fees and court costs incurred in this matter in the amount of $15,000.00

**DATED:** April 26, 2013        NANCY J. ROSENSTENGEL, Clerk of Court

                                          **By: s/Brenda K. Lowe, Deputy Clerk**


**Approved:**    s/ J. Phil Gilbert
                 **J. PHIL GILBERT**
                 **DISTRICT JUDGE**